LOUIS WEINBERG ASSOCIATES, INC., Respondent, *v.* NATHANIEL KRAMER, Appellant.

Submitted June 11, 1943; decided July 20, 1943.

*Bernard G. Nemeroff* for appellant.

*Herbert Champagne* and *Norman Adams* for respondent.

Judgment of Appellate Division reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division, on the ground that the decision of the Trial Term is in accord with the weight of the evidence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.